IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>TERRY LYNN GANTT,<br><br>Defendant. | Case No. CR14-0142<br><br>ORDER FOR DETENTION |

On the 20th day of January 2015, this matter came on for hearing on the Petition for Revocation of Pretrial Release (docket number 15) filed by the Government on January 15, 2015. The Government was represented by Assistant United States Attorney Jacob A. Schunk. Defendant Terry Lynn Gantt appeared personally and was represented by attorney Max S. Wolson. For the reasons stated by the Court on the record at the time of hearing, the Court finds that the Defendant's pretrial release should be revoked.

## ORDER

IT IS THEREFORE ORDERED that the Petition for Revocation of Pretrial Release (docket number 15) filed by the Government is hereby **GRANTED**. Defendant's pretrial release is hereby **REVOKED**. The Defendant shall be detained pending further proceedings.

DATED this 20th day of January, 2015.

JON STUART SCOLES
CHIEF MAGISTRATE JUDGE
NORTHERN DISTRICT OF IOWA